UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL OTERO, | |
| Petitioner, | 20 Civ. 4711 (KPF) |
| -v.- | 15 Cr. 608-10 (KPF) |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

KATHERINE POLK FAILLA, District Judge:

The Court has noticed that while the Government filed its opposition to the instant habeas petition on August 21, 2020 (*United States* v. *Otero*, No. 15 Cr. 608-10 (KPF), Dkt. #455), there has been no reply yet by Petitioner. The Court, however, is aware that there were prior mailing issues in this case. Therefore, the Court gives Petitioner until October 30, 2020, to file a reply. If the Court does not receive such a submission by that date, the Court will consider briefing on the petition closed.

The Clerk of Court is directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: October 1, 2020
New York, New York

　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　United States District Judge