UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>ANGEL OTERO,<br><br>                              Defendant. | 15 Cr. 608-10 (KPF);<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 24, 2020, the Court received a request from Mr. Otero for the appointment of counsel to assist him with a compassionate release motion (Dkt. #475), and proceeded to grant Mr. Otero the appointment of new counsel (Dkt. #477).  As counsel for Mr. Otero has now appeared in this case, the Court directs the parties to adhere to the following briefing schedule: Mr. Otero's supplemental submission is due on or before January 29, 2021; the Government's response is due on or before February 19, 2021; and Mr. Otero may submit any reply on or before March 5, 2021.

SO ORDERED.

Dated:   December 16, 2020
             New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge