UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANGEL OTERO,

                Defendant.

No. 15-cr-00608 (KPF)

KATHERINE POLK FAILLA, District Judge

    Upon the application of Sean Hecker, Esq., counsel for Angel Otero, a defendant in the above-captioned case, dated January 5, 2021;

    IT IS HEREBY ORDERED, that the Bureau of Prisons and/or FCI Gilmer provide for a secure phone conference to take place between Angel Otero, Register Number 72776-054, and his counsel so that they may have an attorney-client protected phone conversation.  Counsel for Angel Otero can be reached via telephone at 646-901-0050.

    IT IS FURTHER ORDERED, that the phone call must take place within three days of this order.

Dated:  New York, NY
         January 6, 2021

                                SO ORDERED:

                                *Katherine Polk Failla*
                                Hon. Katherine Polk Failla
                                United States District Judge