UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

ANGEL OTERO,

Defendant.

---

15 Cr. 608-10 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Presently before the Court are two motions brought by Defendant Angel Otero: (i) a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, as to which briefing is complete (Dkt. #430); and (ii) a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Dkt. #474), as to which the most recent brief was received by the Court on April 13, 2022 (Dkt. #606).  To aid the Court in resolving Mr. Otero's compassionate release motion, the Court will afford an opportunity for the parties to supplement their existing submissions with more recent information relevant to Mr. Otero's requests.  Any party wishing to file a supplemental letter brief may do so on or before **February 17, 2023.**

SO ORDERED.

Dated:   January 23, 2023
         New York, New York

KATHERINE POLK FAILLA
United States District Judge